**CLIFTON D. MAYHEW, INC., Appellant,**

v.

**BLAKE CONSTRUCTION CO., INC.,**
**Appellee.**

No. 74–1058.

United States Court of Appeals,
Fourth Circuit.

Argued May 9, 1974.

Decided July 24, 1974.

Mark P. Friedlander, Washington, D. C. (Friedlander, Friedlander & Brooks and Thomas M. Gittings, Jr., Washington, D. C., on brief), for appellant.

Jack Rephan, Washington, D. C. (Danzansky, Dickey, Tydings, Quint & Gordon, Washington, D. C., on brief), for appellee.

Before BOREMAN, Senior Circuit Judge, and WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

Following remand from this court, Clifton D. Mayhew, Inc. v. Blake Construction Co., 482 F.2d 1260 (4th Cir. 1973), the district court proceeded to determine Mayhew's claim for damages on its merits. Having fully and carefully considered the briefs, record and oral arguments, we find ourselves in agreement with the district court's disposition of the case, and we affirm the judgment on the basis of the district judge's memorandum opinion. Clifton D. Mayhew, Inc. v. Blake Construction Co., No. 440–72–A (E.D.Va., Nov. 14, 1973). *Accord,* Merando, Inc. v. United States, 475 F.2d 598 (Ct.Cl.1973); HRH Construction Corp. v. United States, 428 F.2d 1267, 192 Ct.Cl. 912 (1970).

Affirmed.

**Anthony B. CATALDO and Ada W. Cataldo, Petitioners-Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 802, Docket 73–2609.

United States Court of Appeals,
Second Circuit.

Argued May 30, 1974.

Decided June 25, 1974.

Anthony B. Cataldo, for petitioners-appellants and pro se.

Carleton D. Powell, Atty., Tax Div., Dept. of Justice, Washington, D. C. (Myron C. Baum, Acting Asst. Atty. Gen., Meyer Rothwacks and Bennet N. Hollander, Attys., Tax Div., Dept. of Justice, Washington, D. C., of counsel), for respondent-appellee.

Before MOORE, FRIENDLY and FEINBERG, Circuit Judges.

PER CURIAM:

The decision of the Tax Court is affirmed on the basis of its opinion, 60 T.C. 522 (1973).